# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 18, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

145633

KENNETH MILLER,
　　　　　Plaintiff-Appellant,

v

S M HONG ASSOCIATES, INC., d/b/a
PRO-CLEAN, INC.,
　　　　　Defendant-Appellee.

SC: 145633
COA: 302016
Genesee CC: 09-091086-NO

_____/

　　　　On order of the Court, the application for leave to appeal the May 10, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

　　　　HATHAWAY, J., not participating.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 18, 2013

_____
Clerk

s0116